IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02756–MSK–KMT

GREG WILKINS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS LLC,

    Defendant.

## ORDER OF RECUSAL

This matter comes before me *sua sponte*. To eschew the appearance of impropriety, I conclude that I must recuse myself from this case.

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

One of my family members owns stock in Level 3 Communications. Under these circumstances, the court's impartiality might reasonably be questioned.

Therefore, it is **ORDERED**:

Pursuant to 28 U.S.C. § 455(a), I hereby **RECUSE** myself from all further involvement in this case. The Clerk's Office shall randomly draw and assign another Magistrate Judge to this case.

It is further **ORDERED**

The Scheduling Conference current set for January 18, 2012 at 9:45 a.m. is **VACATED**.

Dated this 30th day of December, 2011.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge