IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02756-WYD-BNB

GREG WILKINS,

Plaintiff,

v.

LEVEL 3 COMMUNICATIONS LLC,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion to File First Amended Complaint** [docket no. 21, filed February 1, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached First Amended Complaint.


DATED:  February 1, 2012