IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02756-WYD-BNB

GREG WILKINS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS LLC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Based on the filing of the First Amended Complaint on February 1, 2012 [ECF No. 25], Defendant's Motion to Dismiss, filed January 10, 2012 [ECF No. 17] is **DENIED AS MOOT**.

    Dated:  February 2, 2012.