IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02756-WYD-BNB

GREG WILKINS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS LLC,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

    Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice, filed April 17, 2012 [ECF No. 38], and being fully advised, it is hereby

    ORDERED that  Stipulated Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A) is **GRANTED.**  It is

    FURTHER ORDERED that this action is dismissed with prejudice, each party to bear its own fees and costs.  It is

    FURTHER ORDERED that the terms of the Agreement pursuant to which this Motion was filed are to be kept strictly confidential by Plaintiff Greg Wilkins and any disclosure of such terms except as may be required by law, may constitute contempt of Court for which the Court may enter such sanctions as are appropriate and/or to which the Plaintiff has agreed.

Dated: April 18, 2012.

                                              BY THE COURT:


                                              s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL,
                                              CHIEF UNITED STATES DISTRICT JUDGE